UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18-cv-00140-MOC

| | |
|---|---|
| ZENA SUZZETTE DOUGLAS, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on plaintiff's Motion to Dismiss Civil Action, Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure. Having considered such motion, and it appearing that defendant has been consulted and consents to the relief sought, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that on plaintiff's Motion to Dismiss Civil Action, Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure (#9) is **GRANTED**, and this action is **DISMISSED** with prejudice.

Signed: December 13, 2018



Max O. Cogburn Jr
United States District Judge